# IN THE
# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CONSUMERS' RESEARCH, CAUSE BASED COMMERCE, INC., EDWARD J. BLUM, KERSTEN CONWAY, SUZANNE BETTAC, ROBERT KULL, KWANG JA KIRBY, TOM KIRBY, JOSEPH BAYLY, JEREMY ROTH, DEANNA ROTH, LYNN GIBBS, PAUL GIBBS, and RHONDA THOMAS,<br><br>                Petitioners,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and THE UNITED STATES OF AMERICA,<br><br>                Respondents. | No. 23-1091 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. App. P. 42(b)(1), the parties hereby stipulate to the dismissal of the petition in this proceeding, with each side to bear its own costs and fees.

1

| | |
|---|---|
| June 17, 2024 | Respectfully submitted, |

/s/ Jared M. Kelson
R. Trent McCotter
Jared M. Kelson
BOYDEN GRAY PLLC
801 17th St NW, Suite 350
Washington, DC 20006
202-955-0620
jkelson@boydengray.com

*Counsel for Petitioners*

/s/ Gerard J. Sinzdak
Mark B. Stern
Gerard J. Sinzdak
Attorneys
U.S. DEPARTMENT OF JUSTICE
Washington, DC 20530

*Counsel for United States*

/s/ James M. Carr
Jacob M. Lewis
Deputy General Counsel
James M. Carr
Counsel
FEDERAL COMMUNICATIONS
    COMMISSION
Washington, DC 20554
(202) 418-1740

*Counsel for Federal Communications Commission*

## CERTIFICATE OF SERVICE

I certify that on this date, the foregoing stipulation was electronically filed with the U.S. Court of Appeals for the District of Columbia Circuit using the CM/ECF system. Notice was sent electronically to all the parties.

June 17, 2024	/s/ Jared M. Kelson

	*Counsel for Petitioners*