# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1091**  September Term, 2023

FCC-DA-23-216

Filed On: June 25, 2024 [2061508]

Consumers' Research, et al.,

       Petitioners

   v.

Federal Communications Commission and
United States of America,

       Respondents

------------------------------

Competitive Carriers Association, et al.,
       Intervenors

**BEFORE:** Millett, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the parties' stipulation for voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

### Per Curiam

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk
                             BY:    /s/
                                                    Michael C. McGrail
                                                    Deputy Clerk