# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1091**  **September Term, 2022**

FCC-DA-23-216

Filed On: April 6, 2023 [1993509]

Consumers' Research, et al.,

    Petitioners

    v.

Federal Communications Commission and
United States of America,

    Respondents

## O R D E R

The petition for review in this case was filed and docketed on April 3, 2023, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | May 8, 2023 |
| Docketing Statement Form | May 8, 2023 |
| Procedural Motions, if any | May 8, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 8, 2023 |
| Statement of Issues to be Raised | May 8, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | May 8, 2023 |
| Dispositive Motions, if any | May 22, 2023 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1091**                                                              **September Term, 2022**

| | |
|---|---|
| Entry of Appearance Form | May 8, 2023 |
| Procedural Motions, if any | May 8, 2023 |
| Certified Index to the Record | May 22, 2023 |
| Dispositive Motions, if any | May 22, 2023 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

                                                **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                              BY:   /s/
                                            Laura M. Morgan
                                            Deputy Clerk

The following forms and notices are available on the Court's website:

      Agency Docketing Statement Form
      Entry of Appearance Form
      Request to Enter Appellate Mediation Program
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases