# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1091**                                                  **September Term, 2022**

                                                                             FCC-DA-23-216

                                                    **Filed On: May 26, 2023**

Consumers' Research, et al.,

        Petitioners

        v.

Federal Communications Commission and
United States of America,

        Respondents

------------------------------

Competitive Carriers Association, et al.,
            Intervenors

## O R D E R

       It appearing that this case presents potential problems of duplicative briefing, it is

       **ORDERED**, on the court's own motion, that intervenors show cause by June 26, 2023, why they should not be limited to one joint brief, not to exceed 9,100 words, on the side of the party they support, and, where appropriate, one joint reply brief, not to exceed 4,550 words. See D.C. Cir. Rules 28(c), 28(d), 32(e)(2).

       The parties may suggest an alternative briefing format to reduce the number of pages submitted to the court. In so doing, the parties should keep in mind that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

                                                          **FOR THE COURT:**
                                                          Mark J. Langer, Clerk

                                       BY:     /s/
                                                          Laura M. Morgan
                                                          Deputy Clerk