# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CONSUMERS' RESEARCH, ET AL.,<br><br>    Petitioners,<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>    Respondents. | Case No. 23-1091 |

## RESPONDENT-INTERVENORS' JOINT RESPONSE TO ORDER TO SHOW CAUSE

Intervenors The Benton Institute for Broadband & Society, Center for Media Justice dba MediaJustice, Competitive Carriers Association, National Digital Inclusion Alliance, National Telecommunications Cooperative Association, Schools, Health & Libraries Broadband Coalition, and USTelecom – The Broadband Association (collectively, "Respondent-Intervenors") hereby respond to the Court's May 26, 2023 Order regarding the format for their briefing in this case. Respondent-Intervenors intend to file one joint brief, not to exceed 9,100 words. Respondent-Intervenors intend to file that brief no later than 7 days after the date Respondents file their brief. *See* D.C. Cir. Rule 28(d)(3); Fed. R. App. P. 29(a)(6).

1

| | |
|---|---|
| Dated: June 27, 2023 | Respectfully submitted, |

| | |
|---|---|
| /s/ Jennifer Tatel<br>Jennifer Tatel<br>Craig E. Gilmore<br>Wilkinson Barker Knauer, LLP<br>1800 M Street NW, Suite 800N<br>Washington, D.C. 20036<br>(202) 783-4141<br>jtatel@wbklaw.com<br>cgilmore@wbklaw.com<br><br>*Counsel for USTelecom – The Broadband Association, National Telecommunications Cooperative Association, and Competitive Carriers Association* | /s/ Jason Neal<br>Jason Neal<br>HWG LLP<br>1919 M Street, NW, 8th Floor<br>Washington, D.C. 20036<br>(202) 730-1300<br>jneal@hwglaw.com<br><br>*Counsel for Schools, Health & Libraries Broadband Coalition*<br><br>/s/ Andrew Jay Schwartzman<br>Andrew Jay Schwartzman<br>525 Ninth Street, NW<br>Seventh Floor<br>Washington, D.C. 20004<br>(202) 241-2408<br>AndySchwartzman@gmail.com<br><br>*Counsel for The Benton Institute for Broadband & Society, National Digital Inclusion Alliance, and Center for Media Justice dba MediaJustice* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of June, 2023, I electronically filed the foregoing Response to Order to Show Cause of Respondent-Intervenors electronically through this Court's CM/ECF system, which will send a notice of filing to all registered users. All participants in the case are registered CM/ECF users, and service will be accomplished through the CM/ECF system.

Dated: June 27, 2023                                    /s/ Jason Neal